UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ROBERT SEASTROM,

    Plaintiff,

v.

    Case No. 1:19-cv-637

    HON. JANET T. NEFF

UNKNOWN JENNETT, et al.,

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action.  Defendant Jennett filed a Motion to dismiss (ECF No. 17).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 10, 2021 (ECF No. 23), recommending that the motion be denied.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Jennett's Motion to dismiss (ECF No. 17) is DENIED for the reasons set forth in the Report and Recommendation.

Dated:  April 6, 2021                                          /s/ Janet T. Neff
                                                                                 JANET T. NEFF
                                                                                 United States District Judge