UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ROBERT SEASTROM,

    Plaintiff,

v.

PETER JENNETT, et al.,

    Defendants.
_____/

Case No. 1:19-cv-637

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Jennett filed a Motion for Summary Judgment (ECF No. 30). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 17, 2021 (ECF No. 34), recommending that this Court grant the motion and that Plaintiff's complaint be dismissed with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 30) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated:  December 14, 2021                          /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge